# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAVEL MARKEVICH et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. CIV-26-767-J |
| FRED FIGUEROA et al., | ) ) | |
| Respondents. | ) | |

## <u>ORDER</u>

Petitioner's spouse moves for the Court to reconsider her standing as next friend to Petitioner because the detention center has delayed his mail for four days. Doc. 8. The Court DENIES the motion to reconsider.

The Court sua sponte grants Petitioner an additional fourteen (14) days to comply with the Court's order to cure. The amended petition, signed and dated by Mr. Markevich, is due **on or before May 13, 2026**.[1] Failure to timely comply with this Order may result in the dismissal of this action.

---

[1]    Mr. Markevich need not attach any exhibits to his amended petition. The Court will take into consideration the exhibits already filed with the original petition.

**SO ORDERED** this 27th day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE